

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

October 7, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2020

BY ECF

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/7/20

Re: Joseph Eugene Fronckowiak III v. Comm'r of Soc. Sec.
20 Civ. 4356 (JGK)

Dear Judge Koeltl:

The administrative record is due to be filed in this Social Security case by October 13, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be adjourned for 60 days, until December 14, 2020. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:   s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Josephine Gottesman, Esq.