

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

April 9, 2021

BY ECF

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> Application granted.
> SO ORDERED
>
> /s/ John G. Koeltl
> April 12, 2021      John G. Koeltl
> New York, NY       U.S.D.J.

Re: Joseph Eugene Fronckowiak III v. Comm'r of Soc. Sec.
20 Civ. 4356 (JGK)

Dear Judge Koeltl:

Pursuant to the schedule in the above-referenced Social Security case, the government's brief is due by April 13, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the brief be adjourned for 30 days, until May 13, 2021. The reason for this request is to give the Social Security Administration sufficient time to evaluate its position in this case. No prior adjournment of the briefing schedule has been requested, but the Court granted one extension of time to file the record in this case. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:      s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Josephine Gottesman, Esq.