

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

May 7, 2021

BY ECF

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/10/21

Re: Joseph Eugene Fronckowiak III v. Comm'r of Soc. Sec.
20 Civ. 4356 (JGK)

Dear Judge Koeltl:

Pursuant to the schedule in the above-referenced Social Security case, the government's brief is due by May 13, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the brief be adjourned for 30 days, until June 14, 2021. The reason for this request is to allow sufficient time for preparation of the Commissioner's brief, given the multiple other due dates for Social Security cases on the calendar of the undersigned. One prior adjournment of the date for filing the Commissioner's brief was granted. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:     s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Josephine Gottesman, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
FILED 5-11-21