

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

June 11, 2021

BY ECF

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

          Re: Joseph Eugene Fronckowiak III v. Comm'r of Soc. Sec.
              20 Civ. 4356 (JGK)

Dear Judge Koeltl:

      Pursuant to the schedule in the above-referenced Social Security case, the government's brief is due by June 14, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the brief be adjourned for two weeks, until June 28, 2021, with plaintiff's reply, if any, due July 19, 2021. The reason for this request is to allow sufficient time to prepare the defendant's papers in consultation with the Social Security Administration. Two prior adjournments of the date for filing the Commissioner's brief were granted. We appreciate the Court's consideration of this request.

                                  Respectfully,

APPLICATION GRANTED       AUDREY STRAUSS
SO ORDERED                   Acting United States Attorney

/s/ John G. Koeltl         By:      s/ *Susan D. Baird*
John G. Koeltl, U.S.D.J.             SUSAN D. BAIRD
6/11/21                                           Assistant United States Attorney
                                                 tel. (212) 637-2713
                                                 Susan.Baird@usdoj.gov

cc: Josephine Gottesman, Esq.