**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH EUGENE F.

                       Plaintiff,                           20 **CIVIL** 4356 (GRJ)

         -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated February 7 2022, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 11) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 19) is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
         February 8, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                   **BY:**
                                                      **Deputy Clerk**